UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

SEP 17 2020

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH SIMMONS

-V-                                              CASE NO. 20-1329

AVANTIS

## COMPLAINT

1. Kenneth Simmons reside P.O. Box 865 Minier, il 61759

2. Plaintiff is issued a permanent handicap parking placard by the State of Illinois.

3. Plaintiff is qualified per the Americans with Disabilities Act. (herein ADA)

4. Avantis Corporate office is located at 3302 East Empire St. Bloomington Il. 61704.

5. All Avantis locations are required to comply with the ADA.

## COUNT 1

6. On 3-6-2019 Plaintiff entered the Avantis located at 407 South Main st Bloomington Il. To use the services provided to the public, parking, food and restroom.

7. Plaintiff pulled up to eat in doors to find no handicap parking,

8. Plaintiff pulled up to carry out doors no find no handicap parking,

9. Plaintiff took a pic and was leaving when he observed 2 handicap parking spaces at the entrance to the parking lot that was very dangerous for me to cross with the traffic flow.

10. Feeling angry, upset, and less of a person than others not disable I left.

11. I felt Avantis treated me different than others not disable.

12. I felt if I was not disable Avantis would have allowed me to use their services.

13. Plaintiff filed a complaint with the Illinois Attorney General Disability Rights Division. Exhibit 1

14. The Defendant in a 8-19-2019 email acknowledged the violations and agreed to correct the issues by adding 3 more handicap parking spaces (2 prior) and moved the now 5 handicap parking spaces to a safe location by the entrances as required by law the ADA. Exhibit 2

15. The ADA has been law for over 30 years.

## RELIEF REQUESTED

15. Find the Defendant violated the ADA.

16. Declaratory Judgement.

17. All costs.

18. Order Defendant to comply with all disability laws, local, state and federal in all aspects of its business.

19. Injunction preventing further violation, and contempt of court warning.

20. All relief the court deems reasonable to prevent further violations.

21. All relief the court deems reasonable to make Plaintiff whole.

## COUNT 2

22. Defendant continues to violate the ADA at its Pekin location.

23. There is 1 handicap parking space by the carry out door.

24. It has no signage as required by law, there is no pole and no sign at all.

25. There are 4 handicap parking spaces by the indoor dining entrance.

26. By law the 5 spaces must be evenly distributed to the 2 entrances.

27. In one instance on westside of building the curb ramp protrudes into the access aisle a ADA violation.

## RELIEF REQUESTED

28. ORDER the business to correct the parking.

29. Find defendants Pekin location is violating the ADA.

30. Declaratory Judgement.

## COUNT 3

31. Defendant continues to violate the ADA at its East Peoria location .

32. There are 2 handicap parking spaces by the dine in door.

33. There are 2 handicap parking spaces nowhere near a entrance or a safe access route to the entrance.

34. These 2 handicap spaces as required by law should be on the shortest path to an entrance.

35. The carry out entrance has no wheelchair ramp only steps.

36. The carry out entrance is required to be handicap accessible.

37. The carry out entrance has no handicap parking spaces. It is on the opposite side of the building from the dine in entrance.

38. Though there is no handicap parking at the carry out entrance, the spaces closest to the entrance are occupied by the delivery drivers as the sign posted on the walk indicate.

39. There is no wheelchair ramp at the carry out door yet there is a handcart concrete ramp for deliveries at the kitchen door

## RELIEF REQUESTED

40. ORDER the business to correct the parking and wheelchair ramp at carry out entrance.

29. Find defendants Pekin location is violating the ADA.

30. Declaratory Judgement.


Kenneth Simmons

PO Box 865

Minier, Il 61759

3096428671



# KWAME RAOUL

Illinois Attorney General
Disability Rights Bureau
100 West Randolph, 11th Floor
Chicago, IL 60601
312-814-5684
1-800-964-3013
Email: disabilityrights@atg.state.il.us
www.IllinoisAttorneyGeneral.gov

Fill out the form online and click submit at the end of the form to send by email or print and mail to the address above. Include copies (no originals please) of any supporting documents.

**YOUR INFORMATION:**

Name: Mr [X]  Mrs [ ]  Ms [ ]  (check one)
Kenneth Simmons

Address: 213 south eastern ave    Box 865

City: Minier    State: Il    Zip Code: 61759    County: Tazewell

Your Telephone Number:

Daytime: - -    Ext:

Evening: - -    Ext:

Cell: 309 - 424 - 9463

Your e-mail address: Kenlisa1@yahoo.com

Preferred phone number(s) for communications with our office regarding your complaint:

[ ] Daytime Phone    [ ] Evening Phone    [X] Cell Phone

**PERSON OR ENTITY YOU ARE COMPLAINING ABOUT:**

Name: Avantis

Type of Facility (Examples include: restaurant, hotel, doctor's office):
Resteraunt

Contact Person (Examples include: supervisor, manager):
Unk

Address: 407 south main st

City: Normal    State: Il    Zip Code: 61759    County: Mclean

Telephone: - -    Ext.:

Website:

Are you currently employed by the entity you are complaining about?
Yes [ ]    No [X]

**YOUR COMPLAINT**    DO NOT SEND ORIGINALS

Please describe, in as much detail as possible, the incident or condition that is the subject of this complaint. You may use additional sheets if necessary.

This business has over 100 available parking spaces and only 2 are handicap accessible. The 2 spaces are not close to the entrances as required by law. They are not on a safe access route. The able body park in front of both business entrances and they enjoy a safe access route. This danger continues.

CONTINUE ON NEXT PAGE

**YOUR COMPLAINT, continued**

PLEASE DO NOT SEND ORIGINALS, ATTACH COPIES OF DOCUMENTS THAT RELATE TO YOUR COMPLAINT.

**ADDITIONAL INFORMATION**

Are you represented by an attorney in this matter? If so, please provide the attorney's name, address and telephone number.

No

Have you filed a complaint about this incident or facility or condition with any other government entity (Federal, State or Local)? If so, what entity?

Yes. The IDHR.

Have you filed a complaint about this incident or condition with an advocacy organization or other organization that represents the interests of or advocates on behalf of individuals with disabilities? If so, what organization?

Not yet.

**PLEASE READ AND SIGN BELOW:**

The Disability Rights Bureau will carefully evaluate your allegations to determine whether to initiate an investigation. That decision should not be considered a determination of the merits of your allegations or the result of a comprehensive finding of fact or law.

You may also file complaints with other government agencies including but not limited to the Illinois Department of Human Rights, 100 W. Randolph Street, Suite 10-100, Chicago, IL 60601, and the U.S. Department of Justice, Civil Rights Division, Disability Rights Section, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530. Please be advised that complaints must be filed with the Illinois Department of Human Rights within 180 days of the date of discrimination.

**Signature:** _[signature]_    **Date:** 6/5/19

Rev. 1/2019



**STATE OF ILLINOIS**
## OFFICE OF THE ATTORNEY GENERAL

**KWAME RAOUL**
ATTORNEY GENERAL

July 23, 2019

Avanti's Restaurant
Mr. Rich Zeller
c/o Owner
3302 E. Empire
Bloomington, IL 61704

    Re:    Avanti's Restaurant, Parking Accessibility Complaint
            #2019-DRC-6296

Dear Sir or Madam:

    The Disability Rights Bureau of the Illinois Attorney General's Office is responsible for enforcement of state and federal laws that protect people with disabilities in the State of Illinois. We received a complaint regarding accessible parking at Avanti's Restaurant located at 407 S Main St, in Normal, Illinois. Specifically, the complaint alleges the minimum number of accessible parking spaces are not provided and the spaces provided are not located on the shortest accessible route of travel. This may violate Title III of the Americans with Disabilities Act of 1990, 42 U.S.C. §12181 *et seq.*; the Environmental Barriers Act, 410 ILCS 25 *et seq.*; the Illinois Accessibility Code §400.310; and their implementing codes and regulations.

    We respectfully request that upon receipt of this letter, you take all necessary steps to ensure that the required number of accessible parking spaces are provided and that the accessible spaces are located on the shortest accessible route of travel to the accessible entrance, such that they do not interfere with the ability of people with disabilities to access the restaurant and its parking spaces.

    To assist you with understanding the laws governing accessible parking in Illinois, I have included the Attorney General's Accessible Parking brochure[1] that describes the requirements for

---

[1] This brochure was published under former Attorney General Lisa Madigan's administration. We are in the process of converting our publications to current Attorney General Kwame Raoul's name and photo.

an accessible parking in Illinois. Please be advised that on October 16, 2018, the Joint Committee on Administrative Rules accepted an updated version of the Illinois Accessibility Code (IAC), with an effective date of October 23, 2018. We encourage you to familiarize yourselves with the new requirements, which may not be reflected in the enclosed brochure. A copy of the new regulations may be found here:
https://www2.illinois.gov/cdb/announcements/2018/Documents/Register%20Page.pdf

To ensure these issues are resolved, we ask that you e-mail photos of the relevant accessible parking spaces to us at DRights@atg.state.il.us in the next **60 days** to confirm that accessible parking spaces at Avanti's Restaurant in Normal are compliant with state and federal laws.

If you have any additional questions, you may contact our Bureau at (312) 814-5684 or contact me directly by e-mail at ghill@atg.state.il.us. Please be informed that we reserve the right to open a formal investigation in the future if we are not satisfied with the photos. Thank you for your cooperation in resolving these issues.

Sincerely,

Gabbie Hill
Law Clerk
Disability Rights Bureau
ghill@atg.state.il.us

**Angulo, Guadalupe**

**Subject:** FW: Avanti's Parking case #2019-DRC-6296
**Attachments:** Avanti's Parking 407 S Main, Normal.pdf

**From:** Rich Zeller <RichZ@AvantisNormal.com>
**Sent:** Tuesday, August 27, 2019 4:18 PM
**To:** Fredriksen, Catherine <CFredriksen@atg.state.il.us>
**Subject:** FW: Avanti's Parking case #2019-DRC-6296

Cathy, please reply to confirm receipt.

---

**From:** Rich Zeller
**Sent:** Monday, August 19, 2019 10:58 AM
**To:** 'ghill@atg.state.il.us'
**Subject:** Avanti's Parking case #2019-DRC-6296

Gabbie,

We have 110 spaces. We will put 3 spaces between the two entrances and one space to the east and west of the entrances. The entrance on the right (east) is for dining room and entrance to the left (west) is for carry out. Please let me know if my plan meets the requirements. We will have a total of 5 spaces.

I have attached a photo.

*Rich Zeller*
*President*
*Avanti's Italian Restaurant*
*Bloomington-Normal, Illinois*
*Corporate Address:*
*3302 East Empire Street*
*Bloomington, IL 61704*
*Mobile 309-275-9743*
*Direct Phone 309-454-4588 x241*
*Fax: 309-829-1064*
*Email: richz@avantisrestaurants.com*

*www.avantisbloomington.com*



**facebook.com/AvantisBN**

1



CHAMPAIGN IL 618
15 SEP 2020 PM 4 L

Simmon
P.O Box 868
Minier, IL.
61759

Clerk
100 N. E. Monroe ST.
Peoria, IL.
61602