UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

FILED
MAR - 8 2021
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH SIMMONS

-V-                                             CASE NO 20-1329

AVANTIS (CORPORATE OFFICE BLOOMINGTON)

AVANTIS (CORPORATE OFFICE PEORIA)

### AMENDED COMPLAINT

1. Kenneth Simmons resides in Minier Il. 61759.

2. Plaintiff is issued a state disability permanent parking placard by the state of Illinois.

3. Plaintiff is qualified per the ADA, (Plaintiff is prescribed by family doctor a mobility devise and reimbursed by Blue Cross, Plaintiff is being treated by doctors for the following, lumbar facet anthropathy, degenerative disc disease lumbar, arthritic back, chronic back pain, myalgia, myotisis, osteoarthritis both hips, osteoarthritis both knees, complex tear of medial meniscus, and sinus and brady tachycardia, and these conditions and the pain associated substatially limit Plaintiffs ability to eat, sleep, walk, sit, lay down, bending, stooping, learning, lifting,concentrating,thinking and working,

4.Avantis Bloomington/Normal corporate office is located at 3302 East Empire st. Bloomington Il. 61704.

Avantis East Peoria/Pekin corporate office is located at 4711 N. Rockwood dr. Peoria, il 61615.

These businesses are owned by the Zeller family.

5. All Avantis are required to comply with the Americans with disabilities act (herein ADA).

### COUNT 1

6. On 3-6--2019 Plaintiff entered the Avantis located at 407 south Main NORMAL ,Il. to use the services defendant provided to the public, parking, food and restroom.

7. The Plaintiff pulled up to the eat in door to find no disability parking ( state of Illinois issues disability parking placards).

8. Plaintiff pulled up to carry out doors to find no disability parking.

9. Plaintiff took pics of both doors and was leaving when he observed 2 disability parking spaces

at the entrance to the parking lot that was very dangerous to cross with the traffic flow.

10. Feeling, angry, upset and less of a person as others not disable I left.

11. I felt Avantis treated me different than others not disable.

12. I felt if I was not disable Avantis would have allowed me to use allowed me to use their services.

13. Plaintiff filed a complaint with the Illinois attorney general disabiliy rights division.(exhibit 1).

14. The defendant in a 8-19-2019 email acknowledged the violations and agreed to correct the issues by adding 3 more disability parking spaces (only 2 prior) and moved the now 5 disability parking spaces to a safe location by the entrances as required by the ADA Exhibit 2.

15. The ADA (americans with disabilities act) has been law for more than 30 years.

### RELIEF REQUESTED

16. Find defendant violated the ADA.

17. Declaratory Judgement.

18. Order defendant to comply with all disability laws, local, state and federalin all aspects of its business.

19. Injunction preventing further violations and contempt warning.

20. All relief the court deems reasonable to prevent further violations.

21. All relief the Court deems reasonable to make Plaintiff whole.

### COUNT 2

22. Defendant continues to violate the ADA at its Pekin, Il location.

23. There is 1 disability parking space by the carry out door.

24. It has no signage as required by the ADA, there is no pole or signage.

25. There are 4 disability parking spaces by the indoor dining entrance.

26.  By law the 5 spaces must be evenly distibuted between the 2 entrances.

27. In one instance on westside of building the curb ramp protrudes into the access aisle a ADA violation.

### RELIEF REQUESTED

28. ORDER the business to correct the disability parking spaces.

29. Fend defendants Pekin location is violating the ADA.

30. Declaratory judgement.

## COUNT 3

31. Defendant continues to violate the ADA at its East Peoria location.

32. There are 2 disability parking spaces by the dine in door.

33. There are 2 disability parking spaces no where near a entrance or a safe access route to the entrance.

34. These 2 disability parking spaces as required by law should be on the shortest path to an entrance.

35. The carry out entrance has no wheelchair ramp only steps.

36. The carry out entrance is required to be disability accessible.

37. The carry out entrance has no disability parking space(s). It is on the opposite side of the building from the dine in entrance.

38. Though there is no disability parking at the carry out entrance, he spaces clostest to the entrance are occupied by the delivery drivers as the sign posted on the wall indicaste.

39. There is no wheelchair ramp at the carry out door yet there is a concrete handcart ramp for deliveries at the kitchen door.

## RELIEF REQUESTED

40. ORDER the defendant to correct the parkingand wheelchair ramp at carry ot entrance.

41. Find defendant East Peoria location is violating the ADA.

42. Declaratory Judgement.

Kenneth Simmons

PO Box 865

Minier,il 61759

309-472-8671

kenlisa1@yahoo.com



# KWAME RAOUL

Illinois Attorney General
Disability Rights Bureau
100 West Randolph, 11th Floor
Chicago, IL 60601
312-814-5684
1-800-964-3013
Email: disabilityrights@atg.state.il.us
www.IllinoisAttorneyGeneral.gov

Fill out the form online and click submit at the end of the form to send by email or print and mail to the address above. Include copies (no originals please) of any supporting documents.

| YOUR INFORMATION: | PERSON OR ENTITY YOU ARE COMPLAINING ABOUT: |
|---|---|
| Name: Mr.[X] Mrs.[ ] Ms.[ ] (check one)<br>Kenneth Simmons | Name:<br>Avantis |
| Address:<br>213 south eastern ave    Box 865 | Type of Facility (Examples include: restaurant, hotel, doctor's office):<br>Resteraunt |
| City: Minier  State: Il  Zip Code: 61759  County: Tazewell | Contact Person (Examples include: supervisor, manager):<br>Unk |
| Your Telephone Number:<br>Daytime: - -  Ext:<br>Evening: - -  Ext:<br>Cell: 309 - 424 - 9463 | Address:<br>407 south main st<br>City: Normal  State: Il  Zip Code: 61759  County: Mclean<br>Telephone: - -  Ext.: |
| Your e-mail address: Kenlisa1@yahoo.com | Website: |
| Preferred phone number(s) for communications with our office regarding your complaint:<br>[ ] Daytime Phone   [ ] Evening Phone   [X] Cell Phone | Are you currently employed by the entity you are complaining about?<br>Yes [ ]   No [X] |

**YOUR COMPLAINT**                                                    DO NOT SEND ORIGINALS

Please describe, in as much detail as possible, the incident or condition that is the subject of this complaint. You may use additional sheets if necessary.

This business has over 100 available parking spaces and only 2 are handicap accessible. The 2 spaces are not close to the entrances as required by law. They are not on a safe access route. The able body park in front of both business entrances and they enjoy a safe access route. This danger continues.

**CONTINUE ON NEXT PAGE**

**YOUR COMPLAINT**, continued

PLEASE DO NOT SEND ORIGINALS, ATTACH COPIES OF DOCUMENTS THAT RELATE TO YOUR COMPLAINT.

**ADDITIONAL INFORMATION**

Are you represented by an attorney in this matter? If so, please provide the attorney's name, address and telephone number.

No

Have you filed a complaint about this incident or facility or condition with any other government entity (Federal, State or Local)? If so, what entity?

Yes. The IDHR.

Have you filed a complaint about this incident or condition with an advocacy organization or other organization that represents the interests of or advocates on behalf of individuals with disabilities? If so, what organization?

Not yet.

**PLEASE READ AND SIGN BELOW:**

The Disability Rights Bureau will carefully evaluate your allegations to determine whether to initiate an investigation. That decision should not be considered a determination of the merits of your allegations or the result of a comprehensive finding of fact or law.

You may also file complaints with other government agencies including but not limited to the Illinois Department of Human Rights, 100 W. Randolph Street, Suite 10-100, Chicago, IL 60601, and the U.S. Department of Justice, Civil Rights Division, Disability Rights Section, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530. Please be advised that complaints must be filed with the Illinois Department of Human Rights within 180 days of the date of discrimination.

Signature: [signature]   Date: 6/5/19

Rev. 1/2019





### STATE OF ILLINOIS
## OFFICE OF THE ATTORNEY GENERAL

**KWAME RAOUL**
ATTORNEY GENERAL

July 23, 2019

Avanti's Restaurant
Mr. Rich Zeller
c/o Owner
3302 E. Empire
Bloomington, IL 61704

  Re: Avanti's Restaurant, Parking Accessibility Complaint
     #2019-DRC-6296

Dear Sir or Madam:

  The Disability Rights Bureau of the Illinois Attorney General's Office is responsible for enforcement of state and federal laws that protect people with disabilities in the State of Illinois. We received a complaint regarding accessible parking at Avanti's Restaurant located at 407 S Main St, in Normal, Illinois. Specifically, the complaint alleges the minimum number of accessible parking spaces are not provided and the spaces provided are not located on the shortest accessible route of travel. This may violate Title III of the Americans with Disabilities Act of 1990, 42 U.S.C. §12181 *et seq.*; the Environmental Barriers Act, 410 ILCS 25 *et seq.*; the Illinois Accessibility Code §400.310; and their implementing codes and regulations.

  We respectfully request that upon receipt of this letter, you take all necessary steps to ensure that the required number of accessible parking spaces are provided and that the accessible spaces are located on the shortest accessible route of travel to the accessible entrance, such that they do not interfere with the ability of people with disabilities to access the restaurant and its parking spaces.

  To assist you with understanding the laws governing accessible parking in Illinois, I have included the Attorney General's Accessible Parking brochure[1] that describes the requirements for

---

[1] This brochure was published under former Attorney General Lisa Madigan's administration. We are in the process of converting our publications to current Attorney General Kwame Raoul's name and photo.



an accessible parking in Illinois. Please be advised that on October 16, 2018, the Joint Committee on Administrative Rules accepted an updated version of the Illinois Accessibility Code (IAC), with an effective date of October 23, 2018. We encourage you to familiarize yourselves with the new requirements, which may not be reflected in the enclosed brochure. A copy of the new regulations may be found here:
https://www2.illinois.gov/cdb/announcements/2018/Documents/Register%20Page.pdf

To ensure these issues are resolved, we ask that you e-mail photos of the relevant accessible parking spaces to us at DRights@atg.state.il.us in the next **60 days** to confirm that accessible parking spaces at Avanti's Restaurant in Normal are compliant with state and federal laws.

If you have any additional questions, you may contact our Bureau at (312) 814-5684 or contact me directly by e-mail at ghill@atg.state.il.us. Please be informed that we reserve the right to open a formal investigation in the future if we are not satisfied with the photos. Thank you for your cooperation in resolving these issues.

Sincerely,

Gabbie Hill
Law Clerk
Disability Rights Bureau
ghill@atg.state.il.us



**Angulo, Guadalupe**

**Subject:** FW: Avanti's Parking case #2019-DRC-6296
**Attachments:** Avanti's Parking 407 S Main, Normal.pdf

**From:** Rich Zeller <RichZ@AvantisNormal.com>
**Sent:** Tuesday, August 27, 2019 4:18 PM
**To:** Fredriksen, Catherine <CFredriksen@atg.state.il.us>
**Subject:** FW: Avanti's Parking case #2019-DRC-6296

Cathy, please reply to confirm receipt.

---

**From:** Rich Zeller
**Sent:** Monday, August 19, 2019 10:58 AM
**To:** 'ghill@atg.state.il.us'
**Subject:** Avanti's Parking case #2019-DRC-6296

Gabbie,

We have 110 spaces. We will put 3 spaces between the two entrances and one space to the east and west of the entrances. The entrance on the right (east) is for dining room and entrance to the left (west) is for carry out. Please let me know if my plan meets the requirements. We will have a total of 5 spaces.

I have attached a photo.

*Rich Zeller*
*President*
*Avanti's Italian Restaurant*
*Bloomington-Normal, Illinois*
*Corporate Address:*
*3302 East Empire Street*
*Bloomington, IL 61704*
*Mobile 309-275-9743*
*Direct Phone 309-454-4588 x241*
*Fax: 309-829-1064*
*Email: richz@avantisrestaurants·com*

*www·avantisbloomington·com*


facebook.com/AvantisBN

Name: Kenneth W Simmons | DOB: 9/7/1963 | M███████ | PCP:

# Health Summary

# Current Health Issues

Please review your health issues and verify that the list is up to date. **Call 911 if you have an emergency.**

| Back pain, chronic<br>Added 5/22/2015 | Arthritis<br>Added 6/19/2015 | DDD (degenerative disc disease), lumbar<br>Added 1/19/2016 |
|---|---|---|
| Lumbar facet arthropathy<br>Added 1/19/2016 | Low back pain<br>Added 1/19/2016 | Myalgia and myositis<br>Added 1/19/2016 |
| Ganglion of left wrist<br>Added 5/9/2016 | Osteoarthritis of one hip<br>Added 10/12/2016 | Bursitis of right hip<br>Added 12/14/2016 |

# Medications

Please review your medications and verify that the list is up to date. **Call 911 if you have an emergency.**



Name: Kenneth W Simmons | DOB: 9/7/1963 | ████████ | PCP:

# Health Summary

## Current Health Issues

Please review your health issues and verify that the list is up to date. **Call 911 if you have an emergency.**

| High blood pressure<br>Added 1/3/2018 | Former smoker<br>Added 1/3/2018 | Right hip pain<br>Added 1/3/2018 |
|---|---|---|
| Primary osteoarthritis involving multiple joints<br>Added 1/3/2018 | Sinus tachycardia<br>Added 1/3/2018 | Primary osteoarthritis of both knees<br>Added 10/1/2018 |
| Complex tear of medial meniscus of right knee as current injury<br>Added 10/1/2018 | | |



## Personal Notes About My Health Issues

Notes entered here will **not** be viewable by your doctor.

## Medications

Please review your medications and verify that the list is up to date. **Call 911 if you have an emergency.**



April 28, 2000

Dr. Kim
Methodist Hospital
221 N.E. Glen Oak Ave.
Peoria, IL 61636

RE: Kenneth Simmons

Dear Dr. Kim:

Thank you for referring Mr. Simmons to the office. As you know Mr. Simmons is a 36 year old dock worker at UPS who has had two back injuries starting in January and another one in April. He's had persistent back pain. He's been able to work. He's been working with significant discomfort and has been taking Vicoden and Skelaxin in order to be able to tolerate his job. He has mainly back pain worse with flexion or lifting, straining or activity. He doesn't really have any radicular pain.

His examination in the office is detailed in my back evaluation sheet. It showed mild limitation of straight leg raising on the right, but otherwise no specific neurologic findings. His MRI however is quite interesting in that it shows mild early degeneration of L3-4 and moderately severe degeneration of L4-5 and L5-S1. There is also a small bulging defect at L4-5 asymmetric to the right with a possible annular tear at that level as well.

It is my impression that the patient has acute and chronic lumbosacral strain related to injury occurring at work. This may have resulted in some injury to the L4-5 and L5-S1 disc accounting for the symptoms as documented by his MRI.

At this point I would suggest that we take him off of work. I will stop the Vicoden and Skelaxin since he's starting to get GI upset and will place him on Darvocet. I will start him in out-patient spinal rehab program with modalities as needed and also have him go through the back school. I will see him in follow-up in three to four weeks to see how he's doing. If he fails to progress with this program and demonstrates definite exercise intolerance, further work-up with discography at the three lower lumbar levels may be indicated.

Thank you for referring this patient to the office. If there are any questions, please let me know.

Best Regards,

Jesse M. Weinger, M.D.

JMW:df
Enclosure
CC: Dr. Matthew Rossi

---

**Jeffrey W. Akeson, M.D.**
Pediatrics & Adult
Orthopaedic Surgery

**David E. Conner, M.D.**
Hand and Upper Extremity
Orthopaedic Surgery

**Michael J. Gibbons, M.D.**
Sports Medicine, Arthroscopic
Orthopaedic Surgery

**Jerome P. Kraft, M.D.**
Total Joint Reconstruction
Orthopaedic Surgery

**Michael S. Merkley, M.D.**
Sports Medicine, Arthroscopic
Orthopaedic Surgery

**Norman P. Meyn, D.P.M., M.D., Ph.D.**
Foot & Ankle
Orthopaedic Surgery

**Timothy J. Morgan, M.D.**
Orthopaedic Surgery

**Thomas J. Mulvey, M.D.**
Total Joint Reconstruction
Orthopaedic Surgery

**Edward A. Smith, M.D.**
Orthopaedic Surgery

**Jeffrey F. Traina, M.D.**
Adult Reconstruction
Orthopaedic Surgery

**Jesse M. Weinger, M.D.**
Rehabilitation &
Surgery of the Spine
Orthopaedic Surgery

**Marc A. Zussman, M.D.**
Traumatology & Fracture Care
Orthopaedic Surgery

METHODIST ATRIUM
900 MAIN ST
SUITE 660
PEORIA IL 61602
309 673 4335
309 672 4206 FAX

KNOXVILLE CENTER
2805 N KNOXVILLE AVE
PEORIA IL 61604
309 682 6649
309 682 5082 FAX

PROCTOR PROFESSIONAL
5401 N KNOXVILLE AVE
SUITE 44
PEORIA IL 61614
309 691 7914
309 691 1400 FAX






Simmons
P.O. Box 865
Minier, IL.
41759

U.S. POSTAGE PAID
FCM LG ENV
MINIER, IL
61759
MAR 04 21
AMOUNT
$1.40
R2305K139852-02

U.S. DISTRICT CLERK
100 N.E. MONROE
PEORIA, IL 61602