UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

FILED
NOV 17 2021
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH SIMMONS

-V-                                                                CASE NO 20-1329

AVANTIS (CORPORATE OFFICE BLOOMINGTON)

AVANTIS (CORPORATE OFFICE PEORIA)

-MOTION FOR WITHDRAW

After further review of the executed summons its clear that the 2 corporations were NOT properly served, therefore I request to withdraw the technical entry of default judgement and DISMISS WITHOUT PREJUDICE the case.

1

Simmons
P.O. Box 867
Minier, IL
61759



CHAMPAIGN IL 618
15 NOV 2021 PM 4 L

U.S. District Courthouse
Clerk
100 N E Monroe
Peoria, IL 61602

61602-109799